In re:             Case No. 25-01200-HWV

Nicholas Dane Tyson        Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3

Date Rcvd: Jun 06, 2025      Form ID: ntcnfhrg      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas Dane Tyson, 85 Azalea Drive, Windsor, PA 17366-8516 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 06 2025 19:04:16 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5708276 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 06 2025 18:53:04 | Affirm, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 5708277 | + | Email/Text: bk@avant.com | Jun 06 2025 18:49:00 | Avant, 222 North LaSalle Street #1600, Chicago, IL 60601-1112 |
| 5708278 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 06 2025 18:48:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5708279 | + | Email/Text: rm-bknotices@bridgecrest.com | Jun 06 2025 18:49:00 | Bridgecrest Acceptance Corporation, PO Box 53087, Phoenix, AZ 85072-3087 |
| 5709454 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 06 2025 18:54:02 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5708280 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 06 2025 18:53:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5716693 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 06 2025 18:53:01 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5708281 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2025 18:54:02 | DSNB / Macy's, PO Box 8218, Mason, OH 45040 |
| 5708282 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 06 2025 18:48:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5708283 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 06 2025 18:48:00 | Jefferson Capital Systems, 16 Mcleland Road, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 5708284 | ^ | MEBN | Jun 06 2025 18:46:34 | KML Law Group, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5710756 | + | Email/Text: inchargehq@westcreekfin.com | Jun 06 2025 18:49:00 | Koalafi, 424 Hull Street Suite 600, Richmond, VA 23224-4114 |
| 5708285 | + | Email/Text: inchargehq@westcreekfin.com | Jun 06 2025 18:49:00 | Koalafi, PO Box 5518, Glen Allen, VA 23058-5518 |
| 5708286 | | Email/Text: bankruptcynotifications@leafyfinancial.com | Jun 06 2025 18:48:00 | Leafy Financial, 2921 Brown Trail, Suite 250, |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Bedford, TX 76021 |
| 5711261 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 06 2025 18:53:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5712429 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 06 2025 18:53:35 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5708287 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 06 2025 18:53:35 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5713340 | + | Email/PDF: cbp@omf.com | Jun 06 2025 19:04:14 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5708288 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 06 2025 18:48:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 5708289 | ^ | MEBN | Jun 06 2025 18:47:07 | Patenaude & Felix, 2400 Ansys Drive, Suite 402B, Canonsburg, PA 15317-0403 |
| 5708290 | + | Email/PDF: ebnotices@pnmac.com | Jun 06 2025 19:04:18 | PennyMac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5708291 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 06 2025 19:04:14 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5708292 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 06 2025 18:53:01 | Synchrony Bank / PayPal Extras, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5708293 | + | Email/Text: dht@pacollections.com | Jun 06 2025 18:48:00 | Tsarouhis Law Group, 21 South 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 5708794 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 06 2025 18:53:58 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5708294 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 06 2025 18:53:58 | US Department of HUD, 451 7th Street SW, Washington, DC 20410-0001 |
| 5708295 | | Email/Text: dispute@velocityrecoveries.com | Jun 06 2025 18:48:00 | Velocity Investments, 1800 Route 34 North, Building 3, Suite 305, Wall Township, NJ 07719 |
| 5711780 | + | Email/Text: bankruptcynotification@wellspan.org | Jun 06 2025 18:48:00 | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 08, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Nicholas Dane Tyson pmurphy@dplglaw.com  kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Nicholas Dane Tyson,   Chapter   13

**Debtor 1**   Case No.   1:25−bk−01200−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 2, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: July 9, 2025 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 6, 2025 |

ntcnfhrg (08/21)