# Withdrawal of Claim

| | |
|---|---|
| **Debtor Name and Case Number:** | Nicholas Tyson    25-01200 |
| **Creditor Name and Address:** | RAM Receivables LLC<br>Agent of Huntington Debt Holdings<br>PO Box 25693<br>Memphis, TN 38125 |
| **Court Claim Number (if known):** | 19 |
| **Date Claim Filed:** | 7/9/2025 |
| **Total Amount of Claim Filed:** | $2,677.93 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I

| | | | |
|---|---|---|---|
| Dated: | July 25, 2025 | | /S/ Jeff Dunn |
| | | Print name: | Jeff Dunn |
| | | Title (if Applicable): | Member |

## Definitions

**Debtor**

**Creditor**
**Proof of Claim**

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
**Information about Creditor:**

**Information identifying the Claim that is to be withdrawn:**

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed