# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Nicholas Dane Tyson<br>**Debtor 1**<br><br>Bridgecrest Credit Company, LLC,<br>as Servicer for Carvana, LLC<br>**Movant(s)**<br>v.<br>Nicholas Dane Tyson<br><br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:25-BK-01200-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 33 |

## DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come the Debtor(s), Nicholas Dane Tyson, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Paragraph 1 contains a conclusion of law to which no response is required.

2. Admitted.

3. Upon information and belief, the averments as stated in paragraph 3 are admitted.

4. Paragraph 4 contains a conclusion of law to which no response is required.

5. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in paragraph 5; therefore, it is denied.

6. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in paragraph 6; therefore, it is denied.

7. Upon information and belief, the averment as stated in paragraph 7 is admitted.

8. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in paragraph 8; therefore, it is denied.

9. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in paragraph 9; therefore, it is denied.

10. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in paragraph 10; therefore, it is denied.

11. Paragraph 11 contains a conclusion of law to which no response is required.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: August 29, 2025

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Nicholas Dane Tyson<br>**Debtor 1**<br><br>Bridgecrest Credit Company, LLC,<br>as Servicer for Carvana, LLC<br>**Movant(s)**<br>v.<br>Nicholas Dane Tyson<br><br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:25-BK-01200-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 33 |

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, August 29, 2025, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Eliza Garifullina, Esquire
Orlans Law Group
200 Eagle Road, Suite 120
Building 2
Wayne, PA 19087
*Counsel for Movant(s)*

Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North Sixth Street, Floor 3
Harrisburg, PA 17102

/s/ Kathryn S. Greene

Kathryn S. Greene, M-Jur., RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire