**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Nicholas Dane Tyson<br>**Debtor 1** | **Chapter** 13<br>**Case No.** 1:25-BK-01200-HWV<br>**Matter:** Motion for Mortgage Modification |

### DEBTOR(S)' MOTION FOR MORTGAGE MODIFICATION

AND NOW, come the Debtor(s), Nicholas Dane Tyson, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion for Mortgage Modification and aver as follows:

1. This case was commenced on April 30, 2025, when Debtor(s) filed a voluntary Petition for relief under Chapter 13 of the Bankruptcy Code.

2. The First Amended Plan proposes to cure arrears owed on their mortgage with PennyMac Loan Services.

3. PennyMac Loan Services holds a valid first mortgage against Debtor(s)' personal residence located at 85 Azalea Drive, Windsor, York County, Pennsylvania.

4. The Secretary of Housing and urban Development through PennyMac Loan Services has offered the Debtor(s) a supplemental Note with the following terms:

    a. Under the supplemental Note, the new unpaid principal balance due on the second mortgage is $30,084.85;

    b. The annual rate of interest charged on the unpaid principal balance of the loan will be reduced to a fixed rate of 0.0000%; and

    c. Debtor(s)' estimated mortgage monthly payment on principal and interest balance will be in the amount of $0.00.

A copy of the Pennsylvania Secondary Mortgage Note is attached hereto as Exhibit "A".

5. The Secondary Mortgage Note is in the best interest of the Debtor(s) as it cures all pre-petition mortgage arrears owed to PennyMac Loan Services.

WHEREFORE, the Debtor(s) respectfully request this Honorable Court to approve the supplemental Note with the Secretary of Housing and Urban Development through PennyMac Loan Services.

                                                                Respectfully submitted,
                                                                 **DETHLEFS PYKOSH & MURPHY**

Date: September 30, 2025                                    /s/ Paul D. Murphy-Ahles

                                                                 Paul D. Murphy-Ahles, Esquire
                                                                 PA ID No. 201207
                                                                 2132 Market Street
                                                                 Camp Hill, PA 17011
                                                                 (717) 975-9446
                                                                 pmurphy@dplglaw.com
                                                                 *Attorney for Debtor(s)*

LOAN NO.: ██████

# PENNSYLVANIA SECONDARY MORTGAGE NOTE

This agreement is subject to the provisions of the Secondary Mortgage Loan Act.

| | | |
|---|---|---|
| **August 21, 2025** | **WINDSOR** | **PENNSYLVANIA** |
| [Date] | [City] | [State] |

**85 AZALEA DRIVE, WINDSOR, PA 17366**
[Property Address]

### 1. PARTIES

"Borrower" means each person signing at the end of this Note, and the person's successors and assigns. "Secretary" or "Lender" means the Secretary of Housing and Urban Development and its successors and assigns.

### 2. BORROWER'S PROMISE TO PAY

In return for a loan received from Lender, Borrower promises to pay the principal sum of **Thirty Thousand Eighty Four and 85/100ths** Dollars (U.S. $30,084.85), to the order of the Lender.

### 3. PROMISE TO PAY SECURED

Borrower's promise to pay is secured by a mortgage, deed of trust or similar security instrument that is dated the same date as this Note and called the "Security Instrument." The Security Instrument protects the Lender from losses, which might result if Borrower defaults under this Note.

### 4. MANNER OF PAYMENT

(A) Time

On, **September 1, 2045** or, if earlier, when the first of the following events occurs:

    (i)    Borrower has paid in full all amounts due under the primary Note and related mortgage, deed of trust or similar Security Instruments insured by the Secretary, or

    (ii)    The maturity date of the primary Note has been accelerated, or

    (iii)    The primary Note and related mortgage, deed of trust or similar Security Instrument are no longer insured by the Secretary.

(B) Place

Payment shall be made at the Office of Housing FHA-Comptroller, Director of Mortgage Insurance Accounting and Servicing, 451 Seventh Street, SW, Washington, DC 20410 or any such other place as Lender may designate in writing by notice to Borrower.

## 5. BORROWER'S RIGHT TO PREPAY

Borrower has the right to pay the debt evidenced by this Note, in whole or in part, without charge or penalty. If Borrower makes a partial prepayment, there will be no changes in the due date or in the amount of the monthly payment unless Lender agrees in writing to those changes.

## 6. WAIVERS BY BORROWER

Borrower and any other person who has obligations under this Note waive the rights of presentment and notice of dishonor. "Presentment" means the right to require Lender to demand payment of amounts due. "Notice of dishonor" means the right to require Lender to give notice to other persons that amounts due have not been paid.

## 7. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. Lender may enforce its rights under this Note against each person individually or against all signatories together. Any one person signing this Note may be required to pay all the amounts owed under this Note.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Note.

_____ Date: 9/9/25
Borrower    - NICHOLAS D. TYSON

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Nicholas Dane Tyson<br>**Debtor 1** | **Chapter** 13<br>**Case No.** 1:25-BK-01200-HWV<br>**Matter:** Motion for Mortgage Modification |

**NOTICE**

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this Motion without further notice of hearing unless a party in interest files an objection/response on or before **October 21, 2025**. If you object to the relief requested, you must file your objection/response with the Court of the Court and serve a copy of on the Movant and Movant's Attorney.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing, and you will be notified. If you do not file an objection within the permitted time, the Court will deem the Motion unopposed and proceed to consider the Motion without further notice or hearing and the Court may grant the relief requested.

| | |
|---|---|
| Date: September 30, 2025 | Paul D. Murphy-Ahles, Esquire<br>PA ID No. 201207<br>DETHLEFS PYKOSH & MURPHY<br>2132 Market Street<br>Camp Hill, PA 17011<br>(717) 975-9446<br>pmurphy@dplglaw.com<br>*Attorney for Debtor(s)* |

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Nicholas Dane Tyson<br>**Debtor 1** | **Chapter** 13<br>**Case No.** 1:25-BK-01200-HWV<br>**Matter:** Motion for Mortgage Modification |

**ORDER OF COURT**

UPON CONSIDERATION Debtor(s)' Motion for Mortgage Modification, and the Court finding that the relief prayed for is warranted and proper under the circumstances, and the Court being otherwise fully advised:

**IT IS ORDERED** that Debtor(s)' Motion is hereby GRANTED; and Debtor(s) and Secretary of Housing and Urban Development along with PennyMac Loan Services are granted APPROVAL by the Court to enter into the Pennsylvania Secondary Mortgage Note dated August 21, 2025.

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Nicholas Dane Tyson<br>**Debtor 1** | **Chapter** 13<br>**Case No.** 1:25-BK-01200-HWV<br>**Matter:** Motion for Mortgage Modification |

### CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, September 30, 2025, I served a true and correct copy of the **Debtor(s)' Motion for Mortgage Modification, Notice of Opportunity to Object and Hearing, and proposed Order** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, M-Jur., RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local notifying
0314-1
Case 1:25-bk-01200-HWV
Middle District of Pennsylvania
Harrisburg
Mon Aug 11 12:50:28 EDT 2025

Bridgecrest Credit Company, LLC as Agent and
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

Affirm
30 Isabella Street, Floor 4
Pittsburgh, PA 15212-5862

American First Finance, LLC
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-0702

Avant
222 North LaSalle Street #1600
Chicago, IL 60601-1112

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

Bridgecrest Acceptance Corporation
PO Box 53087
Phoenix, AZ 85072-3087

Bridgecrest Credit Company, LLC as Agent
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Bank
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Carvana, LLC / Bridgecrest c/o AIS Portfolio
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2239

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KML Law Group
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Koalafi
424 Hull Street Suite 600
Richmond, VA 23224-4114

Koalafi
PO Box 5518
Glen Allen, VA 23058-5518

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)LEAFY FINANCIAL LLC
2921 BROWN TRAIL STE 250
BEDFORD TX 76021-4176

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Merrick Bank
PO Box 9201
Old Bethpage, NY 11804-9001

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119-3000

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

PA Department of Revenue
Attn: Bankruptcy Division
PO Box 280496
Harrisburg, PA 17128-0946

PENNYMAC LOAN SERVICES, LLC
P.O. Box 2410
Moorpark, CA 93020-2410

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Patenaude & Felix
2400 Ansys Drive, Suite 402B
Canonsburg, PA 15317-0403

PennyMac Loan Services
PO Box 514387
Los Angeles, CA 90051-4387

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | RAM Receivables LLC<br>Agent of Huntington Debt Holdings<br>PO Box 25693<br>Memphis, TN 38125-8009 | Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Scolopax, LLC<br>C/O Weinstein & Riley, P.S.<br>749 GATEWAY, SUITE G-601<br>ABILENE, TX 79602-1196 | Synchrony Bank / PayPal Extras<br>Attn: Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 | Tsarouhis Law Group<br>21 South 9th Street, Suite 200<br>Allentown, PA 18102-4861 |
| (p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME<br>ATTN OFFICE OF REGIONAL COUNSEL<br>801 MARKET STREET 12TH FLOOR<br>PHILADELPHIA PA 19107-3126 | United States Trustee **ELECTRONIC**<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | (p)VELOCITY PORTFOLIO GROUP  INC **DUPLICATE**<br>1800 RT 34 NORTH<br>BLDG 3 SUITE 305<br>WALL NJ 07719-9146 |
| Wellspan  Health<br>P O Box  15119<br>YORK, PA 17405-7119 | (p)JACK N  ZAHAROPOULOS **ELECTRONIC**<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Jeff Dunn **DUPLICATE**<br>RAM Receivables LLC agent of Huntington<br>PO Box 25693<br>Memphis, TN 38125-8009 |
| Nicholas Dane Tyson<br>85 Azalea Drive<br>Windsor, PA 17366-8516 | Paul Donald Murphy-Ahles **ELECTRONIC**<br>Dethlefs Pykosh & Murphy<br>2132 Market Street<br>Camp Hill, PA 17011-4706 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| DSNB / Macy's<br>PO Box 8218<br>Mason, OH 45040 | Jefferson Capital Systems<br>16 Mcleland Road<br>PO Box 7999<br>Saint Cloud, MN 56302-9617 | Leafy Financial<br>2921 Brown Trail, Suite 250<br>Bedford, TX 76021 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 | U.S. Department of Housing and Urban Develop<br>801 Market Street 12th Floor<br>Philadelphia, PA 19107 | (d)US Department of HUD<br>451 7th Street SW<br>Washington, DC 20410 |
| Velocity Investments<br>1800 Route 34 North<br>Building 3, Suite 305<br>Wall Township, NJ 07719 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bridgecrest Credit Company, LLC as Service    (u)PENNYMAC LOAN SERVICES, LLC        End of Label Matrix
                                                                                       Mailable recipients    43
                                                                                       Bypassed recipients     2
                                                                                       Total                  45