# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Nicholas Dane Tyson,       Chapter    13

**Debtor 1**

Case No.    1:25–bk–01200–HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on August 11, 2025. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 24, 2025

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Nicholas Dane Tyson<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:25-BK-01200-HWV<br><br>**Matter:** Order Confirming Amended Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, October 2, 2025, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, M-Jur., RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:25-bk-01200-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Mon Aug 11 12:50:28 EDT 2025 | Bridgecrest Credit Company, LLC as Agent and<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 |
| Affirm<br>30 Isabella Street, Floor 4<br>Pittsburgh, PA 15212-5862 | American First Finance, LLC<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 | Avant<br>222 North LaSalle Street #1600<br>Chicago, IL 60601-1112 |
| Barclays Bank Delaware<br>PO Box 8803<br>Wilmington, DE 19899-8803 | Bridgecrest Acceptance Corporation<br>PO Box 53087<br>Phoenix, AZ 85072-3087 | Bridgecrest Credit Company, LLC as Agent<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Capital One Bank<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Carvana, LLC / Bridgecrest c/o AIS Portfolio<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2239 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KML Law Group<br>BNY Mellon Independence Center<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 | Koalafi<br>424 Hull Street Suite 600<br>Richmond, VA 23224-4114 |
| Koalafi<br>PO Box 5518<br>Glen Allen, VA 23058-5518 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)LEAFY FINANCIAL LLC<br>2921 BROWN TRAIL STE 250<br>BEDFORD TX 76021-4176 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bank<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119-3000 |
| OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 | PA Department of Revenue<br>Attn: Bankruptcy Division<br>PO Box 280496<br>Harrisburg, PA 17128-0946 | PENNYMAC LOAN SERVICES, LLC<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Patenaude & Felix<br>2400 Ansys Drive, Suite 402B<br>Canonsburg, PA 15317-0403 | PennyMac Loan Services<br>PO Box 514387<br>Los Angeles, CA 90051-4387 |

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | RAM Receivables LLC<br>Agent of Huntington Debt Holdings<br>PO Box 25693<br>Memphis, TN 38125-8009 | Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Scolopax, LLC<br>C/O Weinstein & Riley, P.S.<br>749 GATEWAY, SUITE G-601<br>ABILENE, TX 79602-1196 | Synchrony Bank / PayPal Extras<br>Attn: Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 | Tsarouhis Law Group<br>21 South 9th Street, Suite 200<br>Allentown, PA 18102-4861 |
| (p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME<br>ATTN OFFICE OF REGIONAL COUNSEL<br>801 MARKET STREET 12TH FLOOR<br>PHILADELPHIA PA 19107-3126 | United States Trustee **ELECTRONIC**<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | (p)VELOCITY PORTFOLIO GROUP INC **DUPLICATE**<br>1800 RT 34 NORTH<br>BLDG 3 SUITE 305<br>WALL NJ 07719-9146 |
| Wellspan Health<br>P O Box 15119<br>YORK, PA 17405-7119 | (p)JACK N ZAHAROPOULOS **ELECTRONIC**<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Jeff Dunn **DUPLICATE**<br>RAM Receivables LLC agent of Huntington<br>PO Box 25693<br>Memphis, TN 38125-8009 |
| Nicholas Dane Tyson<br>85 Azalea Drive<br>Windsor, PA 17366-8516 | Paul Donald Murphy-Ahles **ELECTRONIC**<br>Dethlefs Pykosh & Murphy<br>2132 Market Street<br>Camp Hill, PA 17011-4706 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| DSNB / Macy's<br>PO Box 8218<br>Mason, OH 45040 | Jefferson Capital Systems<br>16 Mcleland Road<br>PO Box 7999<br>Saint Cloud, MN 56302-9617 | Leafy Financial<br>2921 Brown Trail, Suite 250<br>Bedford, TX 76021 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 | U.S. Department of Housing and Urban Develop<br>801 Market Street 12th Floor<br>Philadelphia, PA 19107 | (d)US Department of HUD<br>451 7th Street SW<br>Washington, DC 20410 |
| Velocity Investments<br>1800 Route 34 North<br>Building 3, Suite 305<br>Wall Township, NJ 07719 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bridgecrest Credit Company, LLC as Service    (u)PENNYMAC LOAN SERVICES, LLC    End of Label Matrix
                                                                                  Mailable recipients    43
                                                                                  Bypassed recipients     2
                                                                                  Total                  45