United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-01200-HWV |
| Nicholas Dane Tyson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 28, 2025 | Form ID: pdf010 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5722620 | + Email/PDF: ebnotices@pnmac.com | Oct 28 2025 18:47:19 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5708290 | + Email/PDF: ebnotices@pnmac.com | Oct 28 2025 18:46:08 | PennyMac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5708794 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 28 2025 18:46:00 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5708294 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 28 2025 18:46:00 | US Department of HUD, 451 7th Street SW, Washington, DC 20410-0001 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | |
|---|---|
| Eliza Garifullina | on behalf of Creditor Bridgecrest Credit Company LLC as Servicer for Carvana, LLC ANHSOrlans@InfoEx.com |
| Elizabeth Trachtman | on behalf of Creditor Bridgecrest Credit Company LLC as Servicer for Carvana, LLC ANHSOrlans@InfoEx.com |
| J Eric Kishbaugh | on behalf of Creditor PENNYMAC LOAN SERVICES LLC jkishbaugh@udren.com, vbarber@udren.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Nicholas Dane Tyson pmurphy@dplglaw.com kgreene@dplglaw.com,rreynolds@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | Chapter 13 |
|---|---|
| Nicholas Dane Tyson<br>Debtor 1 | Case No. 1:25-bk-01200-HWV |
| | Matter: Motion for Mortgage Modification |

### ORDER

Upon consideration of the Debtor's Motion for Mortgage Modification, Doc. 40, and no objections having been filed, it is

**ORDERED** that the Motion is **GRANTED**; and the Debtor and Secretary of Housing and Urban Development, along with PennyMac Loan Services, are granted approval by the Court to enter into the Pennsylvania Secondary Mortgage Note dated August 21, 2025.

By the Court,

*/s/ Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 28, 2025